**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Noon, et al.,

Plaintiffs,

v. **CIVIL 01-2394 (JRT/FLN)**

Hennepin County,

Defendant.

- - - - - - - - - - - - - - - - - -

Kenneth Reese,

Plaintiff,

v. **CIVIL 03-2538 (ADM/AJB)**

Hennepin County,

Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-2394 having been assigned to Judge John R. Tunheim and Case Nos. 03-2538 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 03-2538 be assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated February 10, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: April 24, 2003.

John R. Tunheim
Judge John R. Tunheim
United States District Court

DATED: April 24, 2003.

Judge Ann D. Montgomery
United States District Court

APR 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK