**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Noon and Sylvester Rhines,

Plaintiffs,

v.

County of Hennepin and Hennepin County Medical Center,

Defendants.

Court File No.: 01-2394 JRT/FLN

**ORDER FOR EXTENSION OF TIME TO SERVE OPPOSITION TO SUMMARY JUDGMENT**

---

Upon the Motion of Plaintiffs for an extension of time until July 30, 2003 in which to file their papers in opposition to motion for summary judgment,

IT IS HEREBY ORDERED:

1. Plaintiff shall have until July 30, 2003, to serve their opposition to motion for summary judgment.

2. Defendants may have until August 11 to file a reply.

3. All dispositive motion submissions of all parties shall be filed by August 15, 2003.

Dated: July 23, 2003.

Franklin L. Noel
U.S. Magistrate Judge

JUL 23 2003