**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Noon and Sylvester Rhines,

Plaintiffs,

v.

County of Hennepin and Hennepin County Medical Center,

Defendants.

Court File No.: 01-2394 JRT/FLN

**STIPULATION AND ORDER FOR DISMISSAL**

---

The above-entitled matter having been compromised and settled, Plaintiff and Defendants, by and through their respective undersigned attorneys, hereby stipulate and agree that:

1. The Court shall make and enter the following Order dismissing the above action in its entirety, with prejudice and without award of attorney fees, expenses and costs.

Dated: October 8, 2003.

Richard T. Wylie (#11912X)
Attorney at Law
701 Fourth Avenue South, Suite 500
Minneapolis, MN 55415
612-337-9581
**Attorney for Plaintiff**

Dated: October 7, 2003.

AMY KLOBUCHAR
Hennepin County Attorney

By______________________
Cheri Sudit (#156164)
Assistant County Attorney
2000A Government Center
Minneapolis, MN 55487
612-348-4984
**Attorneys for Defendants**

OCT 15 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that thc abovc action be and is hereby dismissed in its entirety, with prejudice and without award of attorney fees, expenses and costs

Dated: October 15, 2003

John R. Tunheim
United States District Judge